

faegredrinker.com

**John P. Mitchell**
Counsel
john.mitchell@faegredrinker.com
+1 609 716 6586 direct

**Faegre Drinker Biddle & Reath** LLP
105 College Road East
P.O. Box 627
Princeton, New Jersey  08542
+1 609 716 6500 main
+1 609 799 7000 fax

February 28, 2022

**MEMO ENDORSED**

<u>**VIA ECF**</u>

Honorable Kenneth M. Karas
United States District Judge
U.S. District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Dear Judge Karas:

Defendants Johnson Controls, Inc. and JCIM LLC (collectively "JCI") and Adient plc ("Adient," and collectively with JCI, "the Adient Defendants") are filing, today, their Reply in Support of Motion for Summary Judgment on Yanfeng Automotive Interior Systems' ("YFAI's") Crossclaims.

The Adient Defendants' Reply includes a separate declaration of counsel for the reply brief.  The exhibits to the declaration include excerpts of deposition testimony marked confidential in accordance with the Court's Second Amended Stipulated Protective Order ("Order"), ECF No. 103.

The Order provides that where parties produce documents that are commercially confidential or propriety and /or contain trade secrets (i.e., "Confidential Information"), any documents marked accordingly, and any testimony or other information based upon such documents, shall be considered protected and subject to the Order.  Order par. 1.  The Order further provides for the protection of confidential and proprietary information between the parties pursuant to the terms outlined therein.  *See* Order at ¶ 11 ("if a party seeks to introduce into evidence or present Confidential Information in support of or opposition to a motion, the party seeking to introduce or present the Confidential Information shall file any such documents under seal and request the Court to seal . . .").

Honorable Kenneth M. Karas — - 2 - — February 28, 2022

As a result, the Adient Defendants hereby file this letter motion in accordance with the Order to file the exhibits in support of the Adient Defendants' Reply under seal. The documents the Adient Defendants are filing under seal are excerpts of deposition testimony from a deposition transcript previously marked confidential according to the Order, and which therefore may contain information to which FCA and/or YFAI may object if not filed under seal. Specifically, such documents and related deposition excerpts may contain confidential, sensitive, and/or trade secret information, the release of which could cause competitive or pecuniary injury to FCA and/or YFAI. As a result, while the Adient Defendants do not take a position on whether various FCA and YFAI documents and testimony produced pursuant to the Order are in fact confidential, the Adient Defendants are filing such documents under seal in accordance with the Order, par. 11, and to avoid violating the Court's Order.

Very truly yours,

/s/ John P. Mitchell

John P. Mitchell
Counsel

*Counsel for the Adient Defendants*

Granted.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

March 1, 2022
White Plains, NY