# MEMO ENDORSED



September 22, 2023

Maureen Doerner Fogel

1 Rockefeller Plaza
Suite 2801
New York, NY 10020
d 212.779.6128
c 917-451-9809
mfogel@shb.com

**VIA ECF**
The Honorable Kenneth M. Karas
United States District Judge
U.S. District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *W.S.R., An Infant By And Through His Father William Richardson, and William Richardson And Nicole Richardson, Individually v. FCA US LLC, Yanfeng US Automotive Interior Systems I LLC (a/k/a Yanfeng Automotive Interior Systems)*, Docket No. 7:18-cv-06961-KMK-AEK

Dear Judge Karas:

We represent defendant FCA US LLC ("FCA") in the above- referenced action and write to advise the Court that the plaintiffs and FCA have reached a confidential settlement of the action in principle and are preparing a final settlement agreement for Court approval. This settlement does not affect plaintiff's claims against the remaining defendant Yanfeng US Automotive Interior Systems I LLC ("YFAI") and FCA's claims against YFAI for contractual indemnity and breach of contract for failure to procure insurance coverage, which continue.

In light of its settlement with plaintiffs, FCA respectfully withdraws its pending motion for reconsideration and amendment of that portion of the Court's Opinion and Order (Dket. No. 350) granting summary judgment to plaintiffs on the issue of manufacturing defect (*Id*. at pp. 33-35) as moot.

Defendant's Motion for Reconsideration, (Dkt. No. 359), is denied as moot.

SO ORDERED
KENNETH M. KARAS U.S.D.J.

September 25, 2023

Respectfully submitted,

*Maureen Doerner Fogel*

Maureen Doerner Fogel

Cc: All Counsel of Record via ECF.

ATLANTA | BOSTON | CHICAGO | DENVER | HARTFORD | HOUSTON | KANSAS CITY | LONDON | LOS ANGELES | MIAMI | NEW YORK |
ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | ST. LOUIS | TAMPA | WASHINGTON, D.C.